### 24190.  HULSEY v. SMITH et al.

ALMAND, Presiding Justice.  The sole enumeration of error is that the court on the presentation of a petition by the appellees issued a rule nisi ordering the appellant to show cause why a temporary injunction should not be granted, and it granted a temporary restraining order ex parte. The appellees have filed a motion to dismiss the appeal as being premature. *Held:*

Motion to dismiss is granted. Sec. 1 (a) of the Appellate Practice Act of 1965 (Ga. L. 1965, p. 18; *Code Ann.* § 6-701) provides appeals may be taken "1. [w]here the judgment is final—that is to say—where the cause is no longer pending in the court below" and "3. . . . from all judgments or orders rendered after hearing, continuing in effect . . . or refusing to continue . . . a temporary restraining order." The present appeal is not from a final judgment nor was the judgment an interlocutory injunction granted after a hearing.

*Appeal dismissed. All the Justices concur.*

SUBMITTED JULY 10, 1967—DECIDED JULY 14, 1967.

*A. H. Leatherwood, Sr.,* for appellant.
*James R. Dollar,* for appellees.